**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Marlo D. Cleckley Jr.　　　　　　　　　　　　　CHAPTER 13
　　　　　　　　Debtor(s)

BKY. NO. 24-20635 JCM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　Kindly enter my appearance on behalf of Mission Servicing Residential, Inc. and index same on the master mailing list.

　　　　　　　　　　　　Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
22 Mar 2024, 16:05:10, EDT

Denise Carlon, Esq. (317226)　☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com