IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 24-20635-JCM |
| | : | |
| Marlo D. Cleckley, Jr., | : | Chapter 13 |
| | : | |
| Debtor | : | Related to Document No. 22 |
| | : | |
| Marlo D. Cleckley, Jr., | : | |
| | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| Affirm, Inc., Capital One, Clearview FCU/A-K Valley, Discover Financial, Duquesne Light, Equity Resources Inc, Exeter Finance LLC, Kikoff Lending LLC, Lendmark Financial Svcs, Merrick Bank/CC Holdings, Mission Lane LLC, Portfolio Recovery Associates, LLC, Quantum3 Group LLC, Resurgent Capital Services, Sheffield Financial, Synchrony/Polaris Consumer, Unifund, Verizon Wireless, | : | |
| | : | |
| Respondents | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esq., Chapter 13 Trustee, | : | |
| | : | |
| Additional Respondent | : | |

### **CERTIFICATE OF SERVICE**

    I, Brian J. Bleasdale, Esq. of the Bleasdale Law Office, PC, certify under penalty of perjury that I served a true and correct copy of Order of Court Order Granting Motion to Reconsider Dismissal of Case on the parties at the addresses on the attached matrix by first class mail*.

EXECUTED ON:  April 9, 2024          By:    /s/ Brian J. Bleasdsale, Esq.
                                                                              Brian J. Bleasdale, Esq.
                                                                             PA I.D. # 90576
                                                                             Bleasdale Law Office, PC
                                                                             Emerson Professional Building
                                                                             101 Emerson Avenue
                                                                             Aspinwall, PA 15215
                                                                             Tel: 412-726-7713
                                                                             Fax: 412-404-8958
                                                                             bbleasdale@bleasdalelaw.com

_____

*Parties served by the court electronically were not served by regular mail.

MATRIX

<u>Via First-Class Mail</u>:

Affirm, Inc.
Attn: Bankruptcy
650 California Street, Fl 12
San Francisco, CA 94108

Capital One
P.O. Box 31293
Salt Lake City, UT 84131

Capital One
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130

Clearview FCU/A-K Valley
Attn: Bankruptcy
8805 University Blvd
Moon Twp, PA 15108

Discover Financial
Attn: Bankruptcy
P.O. Box 3025
New Albany, OH 43054

Duquesne Light
c/o Bernstein-Burkley, P.C.
Attn: Keri P. Ebeck, Esq.
601 Grant Street, 9th Floor
Pittsburgh, PA 15219

Equity Resources Inc
1 Corporate Drive
Lake Zurich, IL 60047

Exeter Finance LLC
Attn: Bankruptcy
P.O. Box 166008
Irving, TX 75016

Kikoff Lending LLC
Attn: Bankruptcy
75 Broadway Suite 226
San Francisco, CA 94111

Lendmark Financial Services
1569 Benvenue Road
Rocky Mount, NC 27804

Merrick Bank/CCHoldings
Attn: Bankruptcy
P.O. Box 9201
Old Bethpage, NY 11804

Mission Lane LLC
P.O. Box 105286
Atlanta, GA 30348

Portfolio Recovery Associates, LLC
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502

Quantum3 Group LLC as agent for
Velocity Investments LLC
P.O. Box 788
Kirkland, WA 98083-0788

Resurgent Capital Services
Attn: Bankruptcy
P.O. Box 10497
Greenville, SC 29603

Sheffield Financial (Truist Bank)
P.O. Box 849
Wilson, NC 27894

Synchrony/Polaris Consumer
Attn: Bankruptcy
P.O. Box 965060
Orlando, FL 32896

Unifund
Attn: Bankruptcy Department
10625 Techwood Circle
Cincinnati, OH 45242

Verizon Wireless
Attn: Bankruptcy
500 Technology Drive, Suite 599
Weldon Springs, MO 63304

<u>Via NEF</u>:

Office of the U.S. Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA  15222

Ronda J. Winnecour, Ch. 13 Trustee
Suite 3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219