## IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | Bankruptcy No. 24-20635-JCM |
| Marlo D. Cleckley, Jr., | : | Chapter 13 |
|       Debtor, | : | |
| Marlo D. Cleckley, Jr., | : | Document No. 26 |
|       Movant, | : | |
|       v. | : | Hearing Date & Time: |
| Affirm, Inc., Capital One, Clearview FCU/A-K | : | April 16, 2024 at 1:30 p.m. |
| Valley, Discover Financial, Duquesne Light, Equity | : | |
| Resources Inc, Exeter Finance LLC, Kikoff Lending | : | |
| LLC, Lendmark Financial Services, Merrick Bank/ | : | |
| CC Holdings, Mission Lane LLC, Portfolio | : | |
| Recovery Associates, LLC, Quantum3 Group LLC, | : | |
| Resurgent Capital Services, Sheffield Financial, | : | |
| Synchrony/Polaris Consumer, Unifund, Verizon | : | |
| Wireless, and Ronda J. Winnecour, Esq., Chapter 13 | : | |
| Trustee, | : | |
|       Respondents. | : | |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR CONTINUATION OF AUTOMATIC STAY IN CASE FILED AFTER PRIOR DISMISSAL WITHIN YEAR OF FILING**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion filed on March 19, 2024 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than April 5, 2024.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: <u>April 9, 2024</u>

By:  /s/ Brian J. Bleasdale, Esq.
Bleasdale Law Office, P.C.
Emerson Professional Building
101 Emerson Avenue
Aspinwall, PA 15215
Ph: (412) 726-7713
bbleasdale@bleasdalelaw.com
PA I.D. # 90576

**PAWB Local Form 25 (07/13)**