IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| Marlo D. Cleckley, Jr., | : Case No. 24-20635-JCM |
| | : Chapter 13 |
| Debtors. | : |
| | : Related to: Document No. 22 |
| Marlo D. Cleckley, Jr., | : |
| Movants. | : |
| v. | : |
| No Respondent. | : |

## ORDER

**AND NOW** on this __8th__ day of __April__, 2024, upon consideration of Debtor's Motion to Reconsider Dismissing Debtor's Chapter 13 Case, it is hereby ordered and directed that the April 8, 2024 Order dismissing Debtor's Chapter 13 case is vacated and Debtor's case is hereby reinstated. The Clerk of the Bankruptcy Court shall schedule a 341 meeting of Creditors if otherwise appropriate.

Debtor's counsel shall serve this Order of Court on all interested parties within three business days and file a Certificate of Service.

BY THE COURT:

_____ glb
John C Melaragno,
United States Bankruptcy Judge

SIGNED
4/8/24 3:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-20635-JCM |
| Marlo D. Cleckley, Jr. | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 1 |
| Date Rcvd: Apr 08, 2024 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Marlo D. Cleckley, Jr., 139 McCracken Drive, Monaca, PA 15061-2763 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian J. Bleasdale | on behalf of Debtor Marlo D. Cleckley Jr. bleasdb@yahoo.com |
| Denise Carlon | on behalf of Creditor Mission Servicing Residential Inc. dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5