IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 24-20635-JCM |
| | : | |
| Marlo D. Cleckley, Jr., | : | Chapter 13 |
| | : | |
| Debtor | : | Related to Docket No. 11 |
| | : | |
| Marlo D. Cleckley, Jr., | : | |
| | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| Affirm, Inc., Capital One, Clearview FCU/A-K Valley, Discover Financial, Duquesne Light, Equity Resources Inc, Exeter Finance LLC, Kikoff Lending LLC, Lendmark Financial Svcs, Merrick Bank/CC Holdings, Mission Lane LLC, Portfolio Recovery Associates, LLC, Quantum3 Group LLC, Resurgent Capital Services, Sheffield Financial, Synchrony/Polaris Consumer, Unifund, Verizon Wireless, | : | |
| | : | |
| Respondents | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esq., Chapter 13 Trustee, | : | |
| | : | |
| Additional Respondent | : | |

**<u>ORDER</u>**

AND NOW, this __10th__ day of _____April_____, 2024, upon consideration of the within Motion, it is hereby ordered and directed that the Automatic Stay of 11 U.S.C. § 362(a) be extended to all creditors.

It is hereby ORDERED, AJUDGED, and DECREED that 11 U.S.C. § 362(a) is hereby extended during the duration of the Chapter 13 proceeding or until such time as the stay is terminated under 11 U.S.C. § 362(c)(1) or (c)(2), or until a motion for relief is granted under § 362(d), or until further order of Court.

BY THE COURT:

_____
John C. Melaragno, Judge  glb
United States Bankruptcy Court

SIGNED
4/10/24 10:05 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-20635-JCM |
| Marlo D. Cleckley, Jr. | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 1 |
| Date Rcvd: Apr 10, 2024 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Marlo D. Cleckley, Jr., 139 McCracken Drive, Monaca, PA 15061-2763 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2024          Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian J. Bleasdale | on behalf of Debtor Marlo D. Cleckley Jr. bleasdb@yahoo.com |
| Denise Carlon | on behalf of Creditor Mission Servicing Residential Inc. dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5