## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 24-20635-JCM |
| ) | Chapter 13 |
| Marlo D. Cleckley, Jr. ) | |
| *Debtors* ) | |
| ) | |
| Clearview Federal Credit Union ) | |
| *Movant* ) | |
| ) | |
| vs. ) | |
| ) | |
| Marlo D. Cleckley, Jr. ) | |
| *Respondents* ) | |

### NOTICE OF HEARING AND RESPONSE DEADLINE
### REGARDING CLEARVIEW FEDERAL CREDIT UNION'S MOTION FOR RELIEF
### FROM THE AUTOMATIC STAY AS TO THE 2020 CHEVROLET SILVERADO

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **September 9, 2024** (*i.e.*, seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on **September 24, 2024, at 1:30 p.m.** before Judge John C. Melaragno in **Courtroom C, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219**. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses

will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Dated: August 21, 2024　　　　　　　　　**BLANK ROME LLP**

/s/ *Roy Arnold*
Roy Arnold (PA Bar No. 70544)
Union Trust Building
501 Grant Street, Suite 850
Pittsburgh, PA 15219
Telephone: (412) 932-2800
Facsimile: (412) 932-2777
Email: roy.arnold@blankrome.com

-and-

Jordan L. Williams (*pro hac vice* requested)
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Telephone: (215) 569-5500
Facsimile: (215) 5669-5555
Email: jordan.williams@blankrome.com