IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 24-20635-JCM |
| | ) | Chapter 13 |
| Marlo D. Cleckley, Jr. | ) | |
|    *Debtor* | ) | Related to: Document No. 45 |
| | ) | |
| Clearview Federal Credit Union | ) | |
|    *Movant* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Marlo D. Cleckley, Jr. | ) | |
|    *Respondent* | ) | |

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

AND NOW this  22nd  day of  August , 2024, upon consideration of the Motion for Pro Hac Vice admission filed by Roy Arnold, there being no objection to the Motion and it appearing that Applicant satisfies the requirements of local rule 9010-1 for admission to practice before the Court, it is;

ORDERED that Jordan L. Williams is admitted pro hac vice to this Court and may appear as counsel to Clearview Federal Credit Union, in all matters related to the above captioned case.

_____
John C. Melaragno, Judge  glb
United States Bankruptcy Court

SIGNED
8/22/24 2:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-20635-JCM |
| Marlo D. Cleckley, Jr. | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 22, 2024 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Marlo D. Cleckley, Jr., 139 McCracken Drive, Monaca, PA 15061-2763 |
| aty | + | Jordan L. Williams, Blank Rome LLP, One Logan Square, 130 N. 18th Street, Philadelphia, PA 19103-2768 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Aug 24, 2024 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor ONSLOW BAY FINANCIAL LLC amps@manleydeas.com |
| Alyk L Oflazian | on behalf of Creditor ONSLOW BAY FINANCIAL LLC amps@manleydeas.com |
| Brian J. Bleasdale | on behalf of Debtor Marlo D. Cleckley Jr. bleasdb@yahoo.com |
| Denise Carlon | on behalf of Creditor Mission Servicing Residential Inc. dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Aug 22, 2024 | Form ID: pdf900 | Total Noticed: 2

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Roy William Arnold
    on behalf of Creditor Clearview Federal Credit Union roy.arnold@blankrome.com
    jworker@blankrome.com;roy-arnold-9833@ecf.pacerpro.com;cristy.christopher@blankrome.com

William E. Craig
    on behalf of Creditor Exeter Finance LLC f/k/a Exeter Finance Corp. wcraig@egalawfirm.com
    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 9