IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | | |
|---|---|---|---|---|
| In re: | : | Case No.: | 24-20635-JCM | |
| | : | | | |
| Marlo D. Cleckley, Jr. | : | Chapter: | 13 | |
| | : | | | |
| *Debtor(s).* | : | | | |
| | : | Date: | 8/27/2024 | |
| | : | Time: | 02:00 p.m. | |

SIGNED
8/27/24 4:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**PROCEEDING MEMO**

**_MATTER_**   #20 CONTESTED Confirmation Plan Hearing Re: Chapter 13 Plan Dated 03/15/2024

**_APPEARANCES:_**

Debtor: Brian J. Bleasdale
Trustee: James Warmbrodt

**_NOTES:_**

Warmbrodt:  There have been no plan payments made and arrears through August are over $12,000.  There are unfiled taxes at least for 2023.

Bleasdale:  The Debtor has no defense to dismissal of the case.  His construction business has not worked out as he hoped.  He has recently been accepted to the Pennsylvania State Police, but it is not feasible for this case to proceed.

**_OUTCOME:_**  Based on the oral motion of the Trustee at today's hearing, the case is dismissed without prejudice.  System form dismissing case to be entered.