Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

**Marlo D. Cleckley Jr.**　　　　　　　　　　:　　Case No. 24−20635−JCM
　*Debtor(s)*　　　　　　　　　　　　　　　:　　Chapter: 13
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this **The 27th of August, 2024,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

　　(1)　The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. *Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.*

　　(2)　Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

　　(3)　The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

　　(4)　The Clerk shall give notice to all creditors of this dismissal.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　John C. Melaragno, Judge
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                     Case No. 24-20635-JCM
Marlo D. Cleckley, Jr.                                                                          Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2       User: auto      Page 1 of 3
Date Rcvd: Aug 27, 2024      Form ID: 309      Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Marlo D. Cleckley, Jr., 139 McCracken Drive, Monaca, PA 15061-2763 |
| aty | + | Jordan L. Williams, Blank Rome LLP, One Logan Square, 130 N. 18th Street, Philadelphia, PA 19103-2768 |
| cr | + | Exeter Finance LLC f/k/a Exeter Finance Corp., 2860 Patton rd, Roseville, MN 55113-1100 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Aug 27 2024 23:43:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | + | EDI: AISACG.COM | Aug 28 2024 03:24:00 | Exeter Finance LLC, c/o AIS Portfolio Services, LL, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15696012 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 27 2024 23:41:15 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 15697148 | + | EDI: TCISOLUTIONS.COM | Aug 28 2024 03:24:00 | Bank of Missouri, 2700 S. Lorraine Place, Sioux Falls, SD 57106-3657 |
| 15696014 | + | EDI: CAPITALONE.COM | Aug 28 2024 03:24:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15696013 | + | EDI: CAPITALONE.COM | Aug 28 2024 03:24:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15696015 | ^ | MEBN | Aug 27 2024 23:36:01 | Clearview Fcu/a-k Vall, Attn: Bankruptcy, 8805 University Blvd, Moon Twp, PA 15108-4212 |
| 15696017 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Aug 27 2024 23:43:00 | Equity Resources Inc, 1 Corporate Dr, Lake Zurich, IL 60047 |
| 15711529 | | EDI: DISCOVER | Aug 28 2024 03:24:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15696016 | + | EDI: DISCOVER | Aug 28 2024 03:24:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15702884 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Aug 27 2024 23:41:08 | Exeter Finance LLC, PO Box 650693, Dallas, TX 75265-0693 |
| 15696018 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Aug 27 2024 23:41:53 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016-6008 |
| 15696019 | + | Email/Text: bankruptcy@kikoff.com | Aug 27 2024 23:43:00 | Kikoff Lending Llc, Attn: Bankruptcy, 75 Broadway Suite 226, San Francisco, CA |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 94111-1458 |
| 15697077 | | Email/Text: bk@lendmarkfinancial.com | Aug 27 2024 23:42:00 | LENDMARK FINANCIAL SERVICES, 2118 USHER STREET, COVINGTON, GA 30014 |
| 15698022 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2024 23:41:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15698429 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 28 2024 00:01:49 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15696022 | | Email/Text: ml-ebn@missionlane.com | Aug 27 2024 23:42:00 | Mission Lane LLC, Po Box 105286, Atlanta, GA 30348 |
| 15696021 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 27 2024 23:41:07 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 15803075 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Aug 27 2024 23:43:00 | Mission Servicing Residential, Inc., c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15718683 | | EDI: PRA.COM | Aug 28 2024 03:24:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15696023 | | EDI: PRA.COM | Aug 28 2024 03:24:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15696622 | | EDI: Q3G.COM | Aug 28 2024 03:24:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15696024 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2024 00:00:30 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15696025 | + | Email/Text: bankruptcy@bbandt.com | Aug 27 2024 23:44:00 | Sheffield Financial (Truist Bank), Po Box 849, Wilson, NC 27894-0849 |
| 15803147 | + | EDI: AIS.COM | Aug 28 2024 03:24:00 | Synchrony Bank, c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15696026 | + | EDI: SYNC | Aug 28 2024 03:24:00 | Synchrony/Polaris Consumer, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15707413 | + | Email/Text: bankruptcy@bbandt.com | Aug 27 2024 23:43:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 15696027 | | Email/Text: bankruptcy@unifund.com | Aug 27 2024 23:43:00 | Unifund, Attn: Bankruptcy Department, 10625 Techwood Cir., Cincinnati, OH 45242 |
| 15696028 | + | EDI: VERIZONCOMB.COM | Aug 28 2024 03:24:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |

TOTAL: 29

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Clearview Federal Credit Union |
| cr | | Mission Servicing Residential, Inc. |
| cr | | ONSLOW BAY FINANCIAL LLC |
| cr | *+ | Synchrony Bank c/o AIS Portfolio Services LLC., 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15696020 | ##+ | Lendmark Financial Ser, 1569 Benvenue Rd, Rocky Mount, NC 27804-6383 |

TOTAL: 3 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2024　　　　　　　　　　Signature:　　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor ONSLOW BAY FINANCIAL LLC amps@manleydeas.com |
| Alyk L Oflazian | on behalf of Creditor ONSLOW BAY FINANCIAL LLC amps@manleydeas.com |
| Brian J. Bleasdale | on behalf of Debtor Marlo D. Cleckley Jr. bleasdb@yahoo.com |
| Denise Carlon | on behalf of Creditor Mission Servicing Residential Inc. dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Roy William Arnold | on behalf of Creditor Clearview Federal Credit Union roy.arnold@blankrome.com jworker@blankrome.com;roy-arnold-9833@ecf.pacerpro.com;cristy.christopher@blankrome.com |
| William E. Craig | on behalf of Creditor Exeter Finance LLC f/k/a Exeter Finance Corp. wcraig@egalawfirm.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 9